IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )  CASE NO.: 1:25cr118-ECM-SMD-5
    )
EARLIE BARBER    )

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11

and has entered a plea of guilty to Count(s) __10s__ of the Superseding Indictment. After

cautioning and examining the Defendant under oath concerning each of the subjects

mentioned in Rule 11, I determined that the Defendant entered the plea of guilty knowingly

and voluntarily and there is a factual basis for the plea. I therefore recommend that the plea

of guilty be accepted.

Done this __9th__ day of March, 2026.

_____
STEPHEN M. DOYLE
CHIEF UNITED STATES MAGISTRATE JUDGE

**NOTICE**

A party waives the right to challenge on appeal a finding of fact or conclusion of

law adopted by the district judge if the party fails to object to the finding or conclusion

within fourteen days after issuance of the Report and Recommendation containing the

finding or conclusion.